IN RE: CONDEMNATION BY SUNOCO PIPELINE, L.P. OF PERMANENT and Temporary Rights of Way for the Transportation of Ethane, Propane, Liquid Petroleum Gas, and Other Petroleum Products in the Township of North Middleton, Cumberland County, Pennsylvania, Over the Lands of R. Scott Martin and Pamela S. Martin

Petition of: R. Scott Martin
and Pamela S. Martin

Petition of: Douglas M. Fitzgerald
and Lyndsey M. Fitzgerald

In re: Condemnation By Sunoco Pipeline, L.P. of Permanent and Temporary Rights of Way for the Transportation of Ethane, Propane, Liquid Petroleum Gas, and Other Petroleum Products in the Township of North Middleton, Cumberland County, Pennsylvania, Over the Lands of Harvey A. Nickey and Anna M. Nickey

Petition of: Harvey A. Nickey
and Anna M. Nickey

No. 571 MAL 2016
No. 572 MAL 2016
No. 573 MAL 2016

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

The Application for Relief in the Form of a Motion for Leave to File a Brief in Opposition to the Petition for Allowance of Appeal is also **DENIED.**

IN RE: Mary KOCIS, an Incapacitated Person

Petition of: Evelyn Kocis
and Elizabeth Kocis

No. 552 MAL 2016

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.